**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**KIMBERLY S. RIGGS,**                              05-CV-6292-AS

        **Plaintiff,**                         ORDER

**v.**

**MICHAEL J. ASTRUE,[1]**
**Commissioner, Social Security**
**Administration,**

        **Defendant.**


**RICHARD F. McGINTY**
McGinty & Belcher, PC
P.O. Box 12806
Salem, OR  97309
(503) 371-9636

        Attorneys for Plaintiff

---

    [1] On February 12, 2007, Michael J. Astrue became the
Commissioner of Social Security and, therefore, is substituted as
the Defendant in this action pursuant to Fed. R. Civ. P. 25(d)(1)
and 20 U.S.C. § 405(g).

1 -  ORDER

**KARIN J. IMMERGUT**
United States Attorney
**NEIL J. EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland,  OR  97204
(503) 727-1053

**MICHAEL MCGAUGHRAN**
Regional Chief Counsel
**JOANNE ELIZABETH DANTONIO**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA 98104-7075(206) 615-2730

               Attorneys for Defendant


**BROWN, Judge.**

     Magistrate Judge Donald C. Ashmanskas issued Findings and
Recommendation (#17) on January 3, 2007, in which he recommended
this Court affirm the Commissioner's decision denying Plaintiff's
application for disability insurance benefits and supplemental
security income.  Plaintiff Kimberly Riggs filed timely
objections to the Findings and Recommendation.  The matter is now
before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R.
Civ. P. 72(b).

     When any party objects to any portion of the Magistrate
Judge's Findings and Recommendation, the district court must make
a *de novo* determination of that portion of the Magistrate Judge's
report.  28 U.S.C. § 636(b)(1).  *See also United States v.
Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas
Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th

2 -  ORDER

Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

This Court has reviewed the record *de novo,* including Plaintiff's objections, and concludes the determinations of the Administrative Law Judge (ALJ) with respect to Plaintiff's functional limitations related to fibromyalgia, depression, and obesity are supported by substantial medical evidence.  In addition, the Court concludes the ALJ gave clear and convincing reasons for finding that the testimony of Plaintiff and the lay witnesses was not credible.

Accordingly, the Court does not find any error in the Magistrate Judge's Findings and Recommendation.


<u>**CONCLUSION**</u>

The Court **ADOPTS** Magistrate Judge Ashmanskas's Findings and Recommendation (#17).  Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 9th day of March, 2007.



/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge



3 - ORDER